# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS
# EAST ST. LOUIS DIVISION

| | |
|---|---|
| The Trustees of the SOUTHERN ILLINOIS ELECTRICAL RETIREE WELFARE PLAN, ET AL., ) ) ) Plaintiffs, ) ) vs. ) ) ) MVMA, INC., d/b/a OIL FIELD TREE SERVICE, ) and MVMA ELECTRIC COMPANY, INC., d/b/a ) OIL FIELD ELECTRIC ) ) Defendant. ) | Case No: 3:22-CV-2106-SPM |

## JOINT STIPULATION OF DISMISSAL

The parties, by and through their attorneys, hereby stipulate pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure to the dismissal of the above-captioned matter without prejudice, with each party to bear its own attorneys' fees, costs and expenses.

Respectfully submitted,

SCHUCHAT, COOK & WERNER

*/s/ Natalie J. Teague*
Natalie J. Teague (IL 6326495)
Matthew B. Leppert (IL 6283363)
555 Washington Avenue, Suite 520
St. Louis, MO 63101
(314) 621-2626
Fax: (314) 621-2378
njt@scwattorney.com
mbl@scwattorney.com
*Attorneys for Plaintiffs*

RONALD E. OSMAN & ASSOCIATES

*/s/ Blane Osman*
Blane Osman (IL 6290391)
P.O. Box 939
Marion, IL  62959
618-997-5151
Fax - 618-997-4983
bosman@marion.quitamlaw.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby states that on this 30th day of November, 2022, she electronically submitted the foregoing Joint Stipulation of Dismissal to the Clerk's office using the CM/ECF system for filing and transmittal, which will send notification of such filing to all parties of record.

*/s/ Natalie J. Teague*
Natalie J. Teague

895261.doc

2